September 16, 2005

Mr. Christopher John Deeves
Ball & Weed, P.C.
745 E. Mulberry Street, Suite 500
San Antonio, TX 78212

Honorable Barbara H. Nellermoe
45th District Court
100 Dolorosa Street
San Antonio, TX 78205-3028
Mr. Curtis L. Cukjati
Martin & Cukjati, L.L.P.
1802 Blanco Road
San Antonio, TX 78212

RE: Case Number: 05-0574
 Court of Appeals Number: 04-05-00304-CV
 Trial Court Number: 2003-CI-13193

Style: IN RE METHODIST HEALTHCARE SYSTEM OF SAN ANTONIO, LTD.,
 L.L.P., INC. D/B/A METHODIST SPECIALTY & TRANSPLANT HOSPITAL AND D/B/A
 METHODIST SPECIALTY & TRANSPLANT HOSPITAL REHABILITATION UNIT

Dear Counsel:

 Today the Supreme Court of Texas granted the motion for immediate
temporary relief and issued the enclosed stay order in the above-referenced
case.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Dan Crutchfield |
| |Ms. Margaret G. |
| |Montemayor |
| |Ms. Janice Maloney |